# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PATRICE ROBINSON, | ) | Case No. 15-22207 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |
| | ) | |
| | ) | |
| AmeriCash Loans, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 15-00763 |
| v. | ) | |
| | ) | |
| Patrice Robinson, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

AmeriCash Loans, L.L.C. ("Plaintiff") and Patrice Robinson ("Defendant"), pursuant to Fed. R. Bankr. P. 7041, hereby agree to dismiss this adversary proceeding with prejudice. Each party shall bear its own costs and fees in connection with this matter.

Dated: August 10, 2016

| **AMERICASH LOANS, L.L.C.** | **PATRICE ROBINSON** |
|---|---|
| By: */s/ Brandon S. Lefkowitz (per consent)* | By: */s/ Nicholas M. Miller* |
| Brandon S. Lefkowitz | Nicholas M. Miller (ARDC #06295723) |
| **LEFKOWITZ LAW GROUP** | **NEAL, GERBER & EISENBERG LLP** |
| 24100 Southfield Road, Suite 203 | Two North LaSalle Street, Suite 1700 |
| Southfield, Michigan 48075 | Chicago, Illinois 60602-3801 |
| Phone: (248) 559-0180 | Phone: (312) 269-8000 |

# CERTIFICATE OF SERVICE

      Nicholas M. Miller, an attorney, certifies that on August 10, 2016, he caused the foregoing *Stipulation to Dismiss With Prejudice* to be filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all the parties indicated on the electronic filing receipt. In addition, the party listed below was served by first class mail, postage prepaid, on August 10, 2016. Parties may access this filing through the Court's CM/ECF system.

Brandon S. Lefkowitz
Lefkowitz Law Group
24100 Southfield Road, Suite 203
Southfield, Michigan 48075
Phone: (248) 559-0180

                                                   */s/ Nicholas M. Miller*
                                                   Nicholas M. Miller (ARDC #06295723)
                                                   **NEAL, GERBER & EISENBERG LLP**
                                                   Two North LaSalle Street, Suite 1700
                                                   Chicago, Illinois 60602-3801
                                                   Phone: (312) 269-8000